Neama Rahmani (State Bar No. 223819)
Ronald L. Zambrano (State Bar No. 255613)
*ron@westcoasttriallawyers.com*
Melineh Jingozian (State Bar No. 329033)
*melineh@westcoasttriallawyers.com*
WEST COAST EMPLOYMENT LAWYERS, APLC
1147 South Hope Street
Los Angeles, California 90015
Telephone: (213) 927-3700
Facsimile: (213) 927-3701
*efilings@westcoasttriallawyers.com*

Attorneys for Plaintiff,
MASON MA

MICHAEL A. LAURENSON (SBN 190023)
JAMES K. HOLDER (SBN 267843)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 986-5900
Fax: (415) 986-8054
mlaurenson@grsm.com
jholder@grsm.com

Attorneys for Defendants,
DRAFTPROS OF FLORIDA, LLC,
and CONNIE MARTINSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND BRANCH

| | |
|---|---|
| MASON MA,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTPROS OF FLORIDA, LLC, et al.<br><br>Defendants. | Case No.: 20-CV-05796-KAW<br><br>*ASSIGNED FOR ALL PURPOSES TO THE HONORABLE MAGISTRATE JUDGE KANDIS A. WESTMORE*<br><br>**JOINT STIPULATION AND ORDER TO DISMISS THE ENTIRE ACTION OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE**<br><br>State Action Filed: July 1, 2019<br>Removed: August 17, 2020<br>Trial Date: *none set* |

**STIPULATION**

Plaintiff MASON MA (hereinafter "MA") and Defendants DRAFTPROS OF FLORIDA, LLC, and CONNIE MARTINSON (hereinafter collectively referred to as "Defendants"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: January 6, 2022

WEST COAST EMPLOYMENT LAWYERS, APLC

By: *___/s/ Melineh Jingozian___*
Ronald L. Zambrano, Esq.
Melineh Jingozian, Esq.
Attorneys for Plaintiff,
MASON MA

Dated: January 6, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: *___/s/ James K. Holder___*
Michael A. Laurenson, Esq.
James K. Holder, Esq.
Attorneys for Defendants,
DRAFTPROS OF FLORIDA, LLC,
and CONNIE MARTINSON

**ORDER**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

Dated: January 12, 2022

Kandis Westmore
KANDIS A. WESTMORE
United States Magistrate Judge

**FILER'S ATTESTATION**

I, Ronald Zambrano, am the ECF user whose identification and password are being used to file this Joint Stipulation for Dismissal on behalf of Plaintiff MASON MA and Defendants DRAFTPROS OF FLORIDA, LLC, and CONNIE MARTINSON. In compliance with L.R. 5-1(i)(3), I hereby attest that Defendant's counsel, Michael A. Laurenson, Esq., and James K. Holder, Esq.

Dated: January 6, 2022

WEST COAST EMPLOYMENT LAWYERS, APLC

By: *    /s/ Ronald Zambrano*
Ronald L. Zambrano, Esq.
Melineh Jingozian, Esq.
Attorneys for Plaintiff,
MASON MA